**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1860**

RICKY W. CAMPBELL,

Plaintiff - Appellant,

v.

ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:20-cv-00697-MOC-DCK)

Submitted:  May 30, 2024                                    Decided:  June 3, 2024

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ricky W. Campbell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky W. Campbell appeals the district court's order granting summary judgment in favor of Defendant in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Campbell v. Mayorkas*, No. 3:20-cv-00697-MOC-DCK (W.D.N.C. July 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*